

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-10-2007

# Albrecht v. Horn

Precedential or Non-Precedential: Precedential

Docket No. 04-9005

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Albrecht v. Horn" (2007). *2007 Decisions.* Paper 1167.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1167

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEAL
FOR THE THIRD CIRCUIT

_____

Nos. 04-9005 and 04-9006

_____

ALFRED ALBRECHT, SR.,

Appellant in No. 04-9006

v.

MARTIN HORN, Commissioner,
Pennsylvania Department of Corrections, et al.

Appellants in No. 04-9005

_____

O R D E R

_____

BEFORE:  SLOVITER, AMBRO and COWEN, Circuit Judges.

The Petition for Panel Rehearing filed by Appellee/Cross-Appellant, Alfred

Albrecht, Sr., is hereby granted and the Precedential Opinion filed November 21, 2006, is

hereby vacated.

By the Court,


/s/ Robert E. Cowen
Circuit Judge

Dated: April 10, 2007
ghb/cc: Stuart B. Lev, Esq.
        (Michelle A. Henry, Esq.
         Colin D. Dougherty, Esq.
         Stephen B. Harris, Esq.
         David W. Zellis, Esq.